# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> UMEDICA LABORATORIES PVT. LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. _____ ) ) ) ) ) ) ) |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc. hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 335(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | September 6, 2024 |
| Date of Expiration of Patent: | February 24, 2031 |
| Thirty-Month Stay Deadline: | March 6, 2027 |

Dated: September 30, 2024

Of Counsel:

Amy K. Wigmore
Heather M. Petruzzi
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
Tel: 202-663-6000
Fax: 202-663-6363

Andrew J. Danford
Wilmer Cutler Pickering Hale and Dorr LLP

Respectfully submitted,

FARNAN, LLP

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com

60 State Street  
Boston, MA 02109  
Tel: 617-526-6000  
Fax: 617-526-5000

mfarnan@farnanlaw.com

*Counsel for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.*