# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> UMEDICA LABORATORIES PVT. LTD., <br><br> Defendant. | C.A. No. 24-cv-1089-GBW |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc. hereby DISMISS the Complaint filed in this case without prejudice.

Dated: October 15, 2024

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*